DAVID E. HEIM et al., Appellants, v TRI-LAKES FORD MERCURY, INC., et al., Respondents.

Submitted February 21, 2006; decided May 9, 2006

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Supreme Court's order denying appellants' motion to renew, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

300 W. 106TH ST. CORP., Respondent, v LAWRENCE KINGSLEY, Also Known as LARRY KINGSLEY, Also Known as "JOHN DOE," Appellant, and LINDA SCHOENER, Respondent.

Submitted March 20, 2006; decided May 9, 2006

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § CPLR 5602).